Amanda Kimberlin by Eliza Kimberlin, next friend, and Ansby L. Lowe, conservator, appellee, v. Henry Lamping, appellant.

Suit by the next friend and the conservator to recover money and property received by defendant from the ward. Judgment for plaintiff. Appeal from the Circuit Court of Crawford county; the Hon. Charles H. Miller, Judge, presiding. Heard in this court at the March term, 1920. Reversed and remanded. Eagleton, J., took no part in the hearing of this case. Opinion filed October 28, 1920.

Parker & Crowley and Bradbury, Gaines & Bradbury, for appellant. A. H. Jones and W. A. Wesner, for appellee.

Mr. Justice Higbee delivered the opinion of the court.

---

Laura Calkin, appellee, v. Summers & Dickey Company, appellant.

Suit to recover money due to plaintiff for services as clerk in defendant's store. Judgment for plaintiff. Appeal from the Circuit Court of Wayne county; the Hon. J. C. Eagleton, Judge, presiding. Heard in this court at the March term, 1920. Reversed and remanded. Eagleton, J., took no part in the hearing of this case. Opinion filed October 28, 1920.

Creighton & Thomas, for appellant. Cooper & Burgess, for appellee.

Mr. Justice Higbee delivered the opinion of the court.

---

# THIRD DISTRICT.

---

Ezra Patterson, appellant, v. William F. Walker, appellee.

Action on contract for purchase price of a horse. Verdict for appellee in justice's court and in the circuit court on appeal. Appeal from the County Court of Moultrie county; the Hon. Oscar F. Cochran, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed April 19, 1921.

E. J. Miller and C. R. Patterson, for appellant. J. L. McLaughlin and Elliott Billman, for appellee.

Mr. Justice Eldredge delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. John Pokora, plaintiff in error.

Conviction for the unlawful sale of intoxicating liquors. Error to the County Court of Sangamon county; the Hon. John B. Weaver, Judge, presiding. Heard in this court at the October term, 1920. Reversed and remanded. Opinion filed April 19, 1921.

John G. Friedmeyer, for plaintiff in error. C. F. Mortimer, for defendant in error; Edward Pree and J. M. Weldon, of counsel.

Mr. Justice Eldredge delivered the opinion of the court.

---

E. J. Croxon and Frank Bates, trading as Croxon & Bates, defendants in error, v. James A. West, plaintiff in error.

Replevin for a moving van. Judgment for plaintiffs. Error to the

Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the October term, 1920. Reversed and remanded. Opinion filed April 19, 1921.

A. G. Murray, for plaintiff in error. No appearance for defendants in error.

Mr. Justice Eldredge delivered the opinion of the court.

---

**H. M. Nutterfield, appellee, v. Alfred Dunn, appellant.**

Assumpsit to recover an overpayment on a sale of hogs. Verdict and judgment for plaintiff. Appeal from the Circuit Court of Vermilion county; the Hon. Augustus A. Partlow, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed April 19, 1921.

Acton & Acton, for appellant. Lindley, Penwell & Lindley, for appellee; Walter C. Lindley, of counsel.

Mr. Justice Eldredge delivered the opinion of the court.

---

**W. J. Skinner, appellant, v. R. E. Parks, appellee.**

Suit to recover the advance payment made on a land contract. Judgment for defendant. Appeal from the Circuit Court of Sangamon county; the Hon. Frank W. Burton, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed April 19, 1921.

Carey E. Barnes, for appellant. William E. Fain, for appellee.

Mr. Justice Eldredge delivered the opinion of the court.

---

**C. L. Aygarn, plaintiff in error, v. C. A. Larson, defendant in error.**

Action on the case for personal injuries received when plaintiff was struck by defendant's automobile. Verdict directed for defendant. Error to the Circuit Court of Ford county; the Hon. T. M. Harris, Judge, presiding. Heard in this court at the October term, 1920. Reversed and remanded. Opinion filed April 19, 1921.

Schneider & Schneider, for plaintiff in error. Livingston & Whitmore, for defendant in error.

Mr. Justice Waggoner delivered the opinion of the court.

---

**William Hughes Diller and Isaac R. Diller, plaintiffs in error, v. Standard Accident Insurance Company, defendant in error.**

Suit in equity to reform and enforce a policy of automobile liability insurance. Decree for defendant. Error to the Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed April 19, 1921. *Certiorari* denied by Supreme Court (making opinion final).

T. W. Quinlan, for plaintiffs in error. Conkling & Irwin and Anderson, Gilbert & Hayden, for defendant in error.

Mr. Justice Waggoner delivered the opinion of the court.

---

**Joseph Anderson, defendant in error, v. John Anderson et al., plaintiffs in error.**

Suit in equity to enforce assignments of interest in an estate. Decree for plaintiff. Error to the Circuit Court of .Coles county;